153 So. 925

## Foster WIGGINS v. STATE.
### 4 Div. 61.

Court of Appeals of Alabama.
April 3, 1934.

RICE, Judge.
Appeal dismissed.

159 So. 923

## C. W. WILBURN v. STATE.
### 8 Div. 985.

Court of Appeals of Alabama.
Feb. 26, 1935.

RICE, Judge.
Affirmed.

153 So. 925

## Joe WILEY, Jr., v. STATE.
### 1 Div. 145.

Court of Appeals of Alabama.
March 9, 1934.

PER CURIAM.
Appeal dismissed by appellant.

161 So. 923

## Charlie WILLIAMS v. STATE.
### 8 Div. 97.

Court of Appeals of Alabama.
June 4, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed.

152 So. 926

## Dave WILLIAMS v. STATE.
### 8 Div. 859.

Court of Appeals of Alabama.
Feb. 13, 1934.

RICE, Judge.
Affirmed.

161 So. 923

## Earnest WILLIAMS and Custer Williams v. STATE.
### 7 Div. 139.

Court of Appeals of Alabama.
June 4, 1935.

John W. Inzer, of Ashville, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

152 So. 927

## Eddie WILLIAMS v. STATE.
### 5 Div. 915.

Court of Appeals of Alabama.
Jan. 9, 1934.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

This cause was tried by the court sitting without a jury, and, while there are some technical errors appearing in the record, the rulings did not probably injuriously affect the defendant's rights, and none of these errors is of such nature as would justify a reversal.

Giving to the findings of the court the presumption to which they are entitled, we cannot say that the judgment is error, and, finding no reversible error, the judgment is affirmed.

Affirmed.